UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNITED STATES; AMERICAN DOCTORS (MALE),<br><br>                    Defendants. | 25 CIVIL 4266 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 22, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 23, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge